UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| INNOVATIVE SOLUTIONS & SUPPORT, INC.<br><br>Plaintiff,<br><br>- vs. -<br><br>MID-CONTINENT INSTRUMENT CO., INC., HARTSELL AVIONICS INC., QUALITY AIRCRAFT SERVICES, AEROSPACE INSTRUMENT SUPPORT, TECH AERO AVIONICS, US AVIATION GROUP LLC, TOMLINSON AVIONICS OF TEXAS, AEROTEX INTERNATIONAL INC, AIR DALLAS INSTRUMENTS INC, SELECT AVIONICS<br><br>Defendants. | Civil Action No. 2:14-cv-645-JRG<br><br>JURY TRIAL DEMANDED |

### ORDER GRANTING
### PLAINTIFF'S MOTION TO STAY ALL DEADLINES AND
### NOTICE OF SETTLEMENT

Before the Court is Plaintiff's Motion to Stay All Deadlines and Notice of Settlement (Dkt. No. 4). The Court having considered the motion, and having found good cause therefore, hereby ORDERS that the motion is GRANTED.

It is therefore ORDERED that this action, including all filing deadlines, discovery deadlines and local rule disclosures, is stayed until April 30, 2015. The parties are further ORDERED to file papers fully dismissing and resovling the case 20 days thereafter.

**So ORDERED and SIGNED this 21st day of October, 2014.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE